339 A.2d 757

**COMMONWEALTH of Pennsylvania**

v.

**John O'Neil MOORE, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 13, 1974.

Decided July 7, 1975.

J. Leon Rabben, Philadelphia, for appellant.

Israel Packel, Atty. Gen., Marx S. Leopold, Gen. Counsel, Barry A. Roth, Asst. Atty. Gen., Harrisburg, Stewart J. Greenleaf, Asst. Dist. Atty., Chief, Appellate Division, J. David Bean, Asst. Dist. Atty., William T. Nicholas, First Asst. Dist. Atty., Milton O. Moss, Dist. Atty., Norristown, for appellee, Commonwealth of Pa.

Irvin Stander, Philadelphia, for intervenor, Pine Hill Home, Inc., T/A.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment affirmed.

EAGEN, J., did not participate in the consideration or decision of this case.